JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL DEAN PIKE,       )<br>                                              )<br>       Plaintiff,                    )<br>                                              )<br>                                              )<br>v.                                         )<br>                                              )<br>CAROLYN W. COLVIN,   )<br>Acting Comm'r of Social Security, )<br>                                              )<br>       Defendant,                 )<br>                                              )<br>_____) | Case No. 2:15-cv-01600-CKD<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to January 27, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                            Respectfully submitted,

Date:  December 23, 2015          JACQUELINE A. FORSLUND
                                            Attorney at Law

                                            */s/Jacqueline A. Forslund*
                                            JACQUELINE A. FORSLUND

                                            Attorney for Plaintiff


Date:  December 28, 2015          BENJAMIN B. WAGNER
                                            United States Attorney
                                            DEBORAH STACHEL
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/\*Timothy Bolin*
                                            TIMOTHY BOLIN
                                            Special Assistant United States Attorney
                                            *By email authorization

                                            Attorney for Defendant


                                            <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  January 5, 2016

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE