JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL DEAN PIKE,<br><br>         Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>         Defendant, | Case No. 2:15-cv-01600-CKD<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 26, 2016, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension, which is requested to give Defendant ample time to consider the issues raised by Plaintiff in informal, pre-briefing discussions that began on January 25, 2016.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  January 26, 2016                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff



Date:  January 26, 2016                    BENJAMIN B. WAGNER
                                           United States Attorney
                                           DEBORAH STACHEL
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           */s/Timothy Bolin*
                                           TIMOTHY BOLIN
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


                                           ORDER

APPROVED AND SO ORDERED

Dated:  January 27, 2016
                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE