BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| RANDALL DEAN PIKE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01600-CKD<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), ORDER OF REMAND, AND ENTRY OF JUDGMENT |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff. On remand, the administrative law judge (ALJ) will offer Plaintiff an opportunity for another hearing, consider any new evidence submitted, reevaluate residual functional capacity to perform his past relevant work, as warranted, consult a vocational expert on Plaintiff's ability to do other work, and issue a new decision.

Respectfully submitted,

Date: *February 23, 2016*   */s/ Jacqueline Anna Forslund*
JACQUELINE ANNA FORSLUND
Attorney for Plaintiff

Date: *February 23, 2016*   BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

 */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

ORDER

Based on the foregoing joint stipulation, THE COURT ORDERS that this case be remanded to the Social Security Administration for further proceedings consistent with the joint stipulation, and that judgment be entered for Plaintiff.

Dated: February 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE