JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:    541-419-0074
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL DEAN PIKE, | ) | Case No. 2:15-cv-01600-CKD |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES UNDER THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT (EAJA)** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
|     Defendant, | ) | |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of TWO THOUSAND dollars ($2,000.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

1       If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under

2   Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the

3   check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon

4   Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these

5   checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to

6   Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box

7   4476, Sunriver, Oregon  97707.

                            Respectfully submitted,

Date:  March 14, 2016                 JACQUELINE A. FORSLUND
                                  Attorney at Law

                                  */s/Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND
                                  Attorney for Plaintiff

Date:  March 15, 2016                 BENJAMIN WAGNER
                                  United States Attorney
                                  DEBORAH STATCHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/*Timothy Bolin*
                                  TIMOTHY BOLIN
                                  Special Assistant United States Attorney
                                  *By email authorization
                                  Attorney for Defendant

                              ORDER

APPROVED AND SO ORDERED

Dated:  March 22, 2016

                              _____
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE